# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION,<br>*Plaintiff*<br><br>-vs-<br><br>FLOATME CORP., JOSHUA SANCHEZ, INDIVIDUALLY AND AS AN OFFICER OF FLOATME CORP.; AND RYAN CLEARY, INDIVIDUALLY AND AS AN OFFICER OF FLOATME CORP.;<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-00001-XR |

## ORDER

The Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

The Clerk's office is therefore **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so **ORDERED**.

**SIGNED** this 9th of February, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE